**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**RONNIE JOHNSON**                                                                                **PETITIONER**

v.                         **CASE NO. 5:17-CV-00015 BSM**

**WENDY KELLEY, Director
Arkansas Department of Correction**                                    **RESPONDENT**

## ORDER

The findings and recommendation [Doc. No. 14] submitted by United States Magistrate Judge Patricia S. Harris and petitioner Ronnie Johnson's objections [Doc. No. 15] have been reviewed. After *de novo* review of the record, the findings and recommendation are adopted in their entirety. Accordingly, Johnson's petition is dismissed, all requested relief is denied, and judgment is entered for respondent Kelley. Johnson's motion for an evidentiary hearing, appointment of counsel, and subpoena [Doc. No. 16] is denied as moot. Pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases, a certificate of appealability is denied.

IT IS SO ORDERED this 1st day of December 2017.

_____
UNITED STATES DISTRICT JUDGE