IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RONNIE JOHNSON                                                                 PETITIONER

v.                              CASE NO. 5:17-CV-00015 BSM

WENDY KELLEY, Director
Arkansas Department of Correction                                              RESPONDENT

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of December 2017.

_____
UNITED STATES DISTRICT JUDGE